IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORIZON STEVEDORING, INC.,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| ROYAL WHITE CEMENT, INC.,<br>    Defendant/Third Party Plaintiff, | NO.  22-711 |
| v. | |
| JOHN BROWN,<br>    Third Party Defendant. | |

**O R D E R**

**AND NOW**, this 28th day of October, 2024, upon consideration of Defendant/Counterclaim Plaintiff's Motion for Partial Summary Judgment (ECF Nos. 29 and 31), Plaintiff/Counterclaim Defendant's Motion for Partial Summary Judgment (ECF No. 30), and the Responses and Replies thereto (ECF Nos. 32, 33, 34, 35 and 36), **IT IS ORDERED** that:

1. Defendant Royal White Cement's Motion for Partial Summary Judgment (ECF Nos. 29 and 31) is **DENIED**.

2. Plaintiff Horizon Stevedoring, Inc.'s Motion for Partial Summary Judgment (ECF No. 30) is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____
    **HODGE, KELLEY B., J.**